Form 186 – ntc13plnprior

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−11557−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Cross Brandon Kirkland
  36 Michael Drive
  Tinton Falls, NJ 07712

Social Security No.:
  xxx−xx−8069

Employer's Tax I.D. No.:

### NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 1/25/2018 and a confirmation hearing on such Plan has been scheduled for 4/4/2018 at 10:00 am.

The debtor filed a Modified Plan on 5/15/2018 and a confirmation hearing on the Modified Plan is scheduled for 6/20/2018 at 10:00 am. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: May 15, 2018
JAN: gan

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Cross Brandon Kirkland  
    Debtor

Case No. 18-11557-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin        Page 1 of 1        Date Rcvd: May 15, 2018  
                      Form ID: 186        Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 17, 2018.
```
db             +Cross Brandon Kirkland,    36 Michael Drive,    Tinton Falls, NJ 07712-7532
cr             +Nissan Motor Acceptance Corporation, Servicer for,    P.O. Box 660366,    Dallas, TX  75266-0366,
                 UNITED STATES 75266-0366
517298065      +Dental Sleep Care,    2240 Hwy 33, Ste 14,    Neptune, NJ 07753-6104
517298066      +Hill Wallack LLP,    202 Carnegie Center,    P.O. Box 5226,    Princeton, NJ 08543-5226
517298068      +KML Law Group,    216 Haddon Ave, Ste 406,    Westmont, NJ 08108-2812
517325606       Nissan - Infiniti LT,    POB 660366,    Dallas, TX  75266-0366
517298069      +Nissan Motor Acceptance,    P.O. Box 660360,    Dallas, TX 75266-0360
517298070      +Rose Glen Condo Assn,    200 Valley Rd, Ste 203,    Mount Arlington, NJ 07856-1320
517317950      +Rose Glen at Tinton Falls,    Condominium Assoc. Inc.,
                 Hill Wallack LLP-Attn: Elizabeth Holdren,    21 Roszel Road, P.O. Box 5226,
                 Princeton, NJ 08543-5226
517298071      +RoundPoint Mortgage,    P.O. Box 19409,    Charlotte, NC 28219-9409
517424603      +RoundPoint Mortgage Servicing Corporation,    5016 Parkway Plaza Blvd, Suite 200,
                 Charlotte, NC 28217-1930
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 15 2018 23:23:26     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 15 2018 23:23:20     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517298067      +E-mail/Text: cio.bncmail@irs.gov May 15 2018 23:22:55     Internal Revenue Service,
                 P.O. Box 7346,    Philadelphia, PA 19101-7346
517401717      +E-mail/Text: bankruptcydpt@mcmcg.com May 15 2018 23:23:20     Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
517427285       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 15 2018 23:31:46      Verizon,
                 by American InfoSource LP as agent,    PO Box 248838,    Oklahoma City, OK  73124-8838
517433417      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 15 2018 23:30:57
                 Verizon by American InfoSource LP as agent,    4515 N Santa Fe Ave.,
                 Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 6
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2018                                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2018 at the address(es) listed below:
```
              Albert    Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    RoundPoint Mortgage Servicing Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Elizabeth K. Holdren    on behalf of Creditor    Rose Glen at Tinton Falls Condominium Association,
               Inc. eak@hillwallack.com, jhanley@hillwallack.com
              John R. Morton, Jr.    on behalf of Creditor    Nissan Motor Acceptance Corporation, Servicer for
               Nissan-Infiniti LT ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor    RoundPoint Mortgage Servicing Corporation
               rsolarz@kmllawgroup.com
              Steven J. Abelson    on behalf of Debtor Cross Brandon Kirkland sjaesq@atrbklaw.com,
               atrbk1@gmail.com;r49787@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 7
```