Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  18–11557–CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Cross Brandon Kirkland
    36 Michael Drive
    Tinton Falls, NJ 07712

Social Security No.:
    xxx–xx–8069

Employer's Tax I.D. No.:

---

### NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION;
### FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 5/15/2018 and a confirmation hearing on such Plan has been scheduled for 10/17/2018 at 10:00 AM.

The debtor filed a Modified Plan on 10/6/2018 and a confirmation hearing on the Modified Plan is scheduled for 11/19/2018 at 10:00 am. Accordingly, notice is hereby given that,

1.    Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day
    for filing a written rejection to the modified plan.

2.    Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
    of a secured claim, such holder's acceptance or rejection of the Plan before modification will
    be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
    holder's acceptance or rejection of the Plan within the time fixed.

3.    The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing.
    Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear
    arguments in support of the original plan on the scheduled Confirmation date, consider the
    reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss
    or convert the case, or take any other action on the original plan deemed appropriate.

    A full copy of the modified Plan will follow this notice.

Dated: October 9, 2018
JAN: gan

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 18-11557-CMG
Cross Brandon Kirkland                                                                     Chapter 13
            Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 2          Date Rcvd: Oct 09, 2018
                             Form ID: 186          Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 11, 2018.
db          +Cross Brandon Kirkland,    36 Michael Drive,    Tinton Falls, NJ 07712-7532
cr          +Nissan Motor Acceptance Corporation, Servicer for,    P.O. Box 660366,    Dallas, TX 75266-0366,
              UNITED STATES 75266-0366
517298065   +Dental Sleep Care,    2240 Hwy 33, Ste 14,    Neptune, NJ 07753-6104
517298066   +Hill Wallack LLP,    202 Carnegie Center,    P.O. Box 5226,    Princeton, NJ 08543-5226
517298068   +KML Law Group,    216 Haddon Ave, Ste 406,    Westmont, NJ 08108-2812
517325606    Nissan - Infiniti LT,    POB 660366,    Dallas, TX 75266-0366
517298069   +Nissan Motor Acceptance,    P.O. Box 660360,    Dallas, TX 75266-0360
517298070   +Rose Glen Condo Assn,    200 Valley Rd, Ste 203,    Mount Arlington, NJ 07856-1320
517317950   +Rose Glen at Tinton Falls,    Condominium Assoc. Inc.,
              Hill Wallack LLP-Attn: Elizabeth Holdren,    21 Roszel Road, P.O. Box 5226,
              Princeton, NJ 08543-5226
517298071   +RoundPoint Mortgage,    P.O. Box 19409,    Charlotte, NC 28219-9409
517424603   +RoundPoint Mortgage Servicing Corporation,    5016 Parkway Plaza Blvd, Suite 200,
              Charlotte, NC 28217-1930

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Oct 10 2018 01:12:04    U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 10 2018 01:12:00    United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
cr           E-mail/Text: cio.bncmail@irs.gov Oct 10 2018 01:11:22
              United States of America (Internal Revenue Service,    U.S. Attorney's Office,
              970 Broad Street,    Suite 700,    Newark, NJ 07102-2535
517401717   +E-mail/Text: bankruptcydpt@mcmcg.com Oct 10 2018 01:11:59    Midland Funding LLC,
              PO Box 2011,    Warren, MI 48090-2011
517427285    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 10 2018 01:29:27    Verizon,
              by American InfoSource LP as agent,    PO Box 248838,    Oklahoma City, OK 73124-8838
517433417   +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 10 2018 01:29:55
              Verizon by American InfoSource LP as agent,    4515 N Santa Fe Ave.,
              Oklahoma City, OK 73118-7901
                                                                                             TOTAL: 6

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517298067*   +Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
                                                                              TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 11, 2018                          Signature:  /s/Joseph Speetjens


## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 9, 2018 at the address(es) listed below:
              Albert Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    RoundPoint Mortgage Servicing Corporation
              dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Eamonn O'Hagan    on behalf of Creditor    United States of America (Internal Revenue Service)
              eamonn.ohagan@usdoj.gov
              Elizabeth K. Holdren    on behalf of Creditor    Rose Glen at Tinton Falls Condominium Association,
              Inc. eak@hillwallack.com,    jhanley@hillwallack.com
              John R. Morton, Jr.    on behalf of Creditor    Nissan Motor Acceptance Corporation, Servicer for
              Nissan-Infiniti LT ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor    RoundPoint Mortgage Servicing Corporation
              rsolarz@kmllawgroup.com

District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Oct 09, 2018
                             Form ID: 186              Total Noticed: 17

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Steven J. Abelson    on behalf of Debtor Cross Brandon Kirkland sjaesq@atrbklaw.com,
              atrbk1@gmail.com;r49787@notify.bestcase.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                      TOTAL: 8