**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Cross Brandon Kirkland<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–8069<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |

United States Bankruptcy Court   District of New Jersey

Case number:   18–11557–CMG

# Order of Discharge                                                                                       12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Cross Brandon Kirkland

<u>6/6/23</u>                                                                    **By the court:** <u>Christine M. Gravelle</u>
                                                                                           United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

---

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Cross Brandon Kirkland  
  Debtor

Case No. 18-11557-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Jun 06, 2023 | Form ID: 3180W | Total Noticed: 20 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 08, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Cross Brandon Kirkland, 36 Michael Drive, Tinton Falls, NJ 07712-7532 |
| cr | + | ROUNDPOINT MORTGAGE SERVICING CORPORATION, Phelan Hallinan &Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 517298065 | + | Dental Sleep Care, 2240 Hwy 33, Ste 14, Neptune, NJ 07753-6104 |
| 517298066 | + | Hill Wallack LLP, 202 Carnegie Center, P.O. Box 5226, Princeton, NJ 08543-5226 |
| 517298070 | + | Rose Glen Condo Assn, 200 Valley Rd, Ste 203, Mount Arlington, NJ 07856-1320 |
| 517317950 | + | Rose Glen at Tinton Falls, Condominium Assoc. Inc., Hill Wallack LLP-Attn: Elizabeth Holdren, 21 Roszel Road, P.O. Box 5226, Princeton, NJ 08543-5226 |
| 518982920 | | State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 06 2023 21:07:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 06 2023 21:07:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | EDI: IRS.COM | Jun 07 2023 00:57:00 | United States of America (Internal Revenue Service, U.S. Attorney's Office, 970 Broad Street, Suite 700, Newark, NJ 07102-2535 |
| cr | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Jun 06 2023 21:06:00 | Nissan Motor Acceptance Corporation, Servicer for, P.O. Box 660366, Dallas, TX 75266-0366, UNITED STATES 75266-0366 |
| 519038128 | + | Email/Text: Bankruptcy@Freedommortgage.com | Jun 06 2023 21:06:00 | Freedom Mortgage Corporation, 10500 Kincaid Dr. Attn: BK Dept., Fishers, IN 46037-9764 |
| 519038129 | + | Email/Text: Bankruptcy@Freedommortgage.com | Jun 06 2023 21:06:00 | Freedom Mortgage Corporation, 10500 Kincaid Dr. Attn: BK Dept., Fishers, IN 46037, Freedom Mortgage Corporation, 10500 Kincaid Dr. Attn: BK Dept., Fishers, IN 46037-9764 |
| 517401717 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 06 2023 21:07:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517325606 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | Jun 06 2023 21:06:00 | Nissan - Infiniti LT, POB 660366, Dallas, TX 75266-0366 |
| 517298069 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Jun 06 2023 21:06:00 | Nissan Motor Acceptance, P.O. Box 660360, Dallas, TX 75266-0360 |
| 517298071 | ^ | MEBN | Jun 06 2023 21:03:11 | RoundPoint Mortgage, P.O. Box 19409, Charlotte, NC 28219-9409 |

| Recip ID | Bypass | Type | Date | Name and Address |
|---|---|---|---|---|
| 517424603 | ^ | MEBN | Jun 06 2023 21:04:02 | RoundPoint Mortgage Servicing Corporation, 5016 Parkway Plaza Blvd, Suite 200, Charlotte, NC 28217-1930 |
| 517427285 | | EDI: AIS.COM | Jun 07 2023 00:57:00 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 517433417 | + | EDI: AIS.COM | Jun 07 2023 00:57:00 | Verizon by American InfoSource LP as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517298067 | *+ | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 517298068 | ##+ | KML Law Group, 216 Haddon Ave, Ste 406, Westmont, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 08, 2023        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 6, 2023 at the address(es) listed below:

**Name** | **Email Address**

Albert Russo
on behalf of Trustee Albert Russo docs@russotrustee.com

Albert Russo
docs@russotrustee.com

Denise E. Carlon
on behalf of Creditor RoundPoint Mortgage Servicing Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Eamonn O'Hagan
on behalf of Creditor United States of America (Internal Revenue Service) eamonn.ohagan@usdoj.gov

Elizabeth K. Holdren
on behalf of Creditor Rose Glen at Tinton Falls Condominium Association Inc. eak@hillwallack.com, jhanley@hillwallack.com;hwbknj@hillwallack.com;eholdren@ecf.courtdrive.com

John R. Morton, Jr.
on behalf of Creditor Nissan Motor Acceptance Corporation Servicer for Nissan-Infiniti LT ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

Matthew K. Fissel
on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  matthew.fissel@brockandscott.com

Steven J. Abelson
on behalf of Debtor Cross Brandon Kirkland sjaesq@atrbklaw.com  atrbk1@gmail.com;r49787@notify.bestcase.com

U.S. Trustee

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Jun 06, 2023 | Form ID: 3180W | Total Noticed: 20 |

                    USTPRegion03.NE.ECF@usdoj.gov

William M. E. Powers, III

                    on behalf of Creditor Freedom Mortgage Corporation ecf@powerskirn.com

William M.E. Powers, III

                    on behalf of Creditor Freedom Mortgage Corporation ecf@powerskirn.com

TOTAL: 11